IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00407-BNB | Date: | May 5, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| BROKER'S CHOICE OF AMERICA, INC. | *George Stephen Long* |
| | *Nicole A. Westbrook* |
| **Plaintiff,** | |
| v. | |
| THE CGA EXCHANGE | *Stuart B. Borne* |
| | *Gregg E. Kay* |
| **Defendant.** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in session: 10:01 a.m.

Appearance of counsel.

Argument held on Plaintiff Broker's Choice of America, Inc.'s Motion for Sanctions Against the Defendant [19] filed on March 21, 2014.

As stated on the record, it is

**ORDERED: The Motion for Sanctions Against the Defendant [19] is DENIED.**

Each side is allowed:
Five (5) depositions, each deposition is limited to one day of seven hours;
Twelve (12) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents;
Twelve (12) requests for admissions.

Deadline for joinder of parties and amendment of pleadings: June 6, 2014.

Discovery cut-off: September 5, 2014.

All written discovery must be served so that responses are due on or before the discovery cut-off.

A Final Pretrial Conference is set for November 13, 2014, at 10:30 a.m. in Courtroom A-401. The proposed final pretrial order is due on or before November 6, 2014.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in recess: 10:21 a.m.     Hearing concluded.     Total time in court:  00:20