IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00407-BNB

BROKER'S CHOICE OF AMERICA, INC., a Colorado corporation,

Plaintiff,

v.

THE CGA EXCHANGE f/k/a The CGA Exchange, Inc., a North Carolina corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion for Sanctions** [Doc. # 19, filed 3/21/2014]. I heard argument on the Motion for Sanctions this morning during the scheduling conference and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion for Sanctions [Doc. # 19] is DENIED.

Dated May 5, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge