IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00407-BNB

BROKER'S CHOICE OF AMERICA, INC., a Colorado corporation,

Plaintiff,

v.

THE CGA EXCHANGE f/k/a The CGA Exchange, Inc., a North Carolina corporation,

Defendant.

## ORDER

This matter arises on **Defendant's Motion for Leave to Amend Its Answer and Counterclaim** [Doc. # 26, filed 5/19/2014] (the "Motion to Amend").

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 26] is GRANTED; and

(2) The Clerk of the Court is directed to accept for filing Defendant's First Amended Answer and Counterclaim [Doc. # 26-1].

Dated May 19, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge