IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00407-BNB

BROKER'S CHOICE OF AMERICA, INC., a Colorado corporation,

Plaintiff,

v.

THE CGA EXCHANGE f/k/a The CGA Exchange, Inc., a North Carolina corporation,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Stay Case Pending Settlement** [docket no. 32, filed June 11, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED IN PART.  The parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **June 23, 2014**.

      IT IS FURTHER ORDERED that if the settlement is not accomplished, the deadline to joint parties or amend pleadings is now **July 11, 2014**.

DATED:  June 12, 2014